KAREN P. HEWITT
United States Attorney
DOUGLAS KEEHN
Assistant United States Attorney
California State Bar No. 233686
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-6549

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HUGO ALBERTO ) <br> MADRIGAL-GUTIERREZ, ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No. 08MJ0457 <br> 08 CR 587 JM <br><br> **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON** <br><br> **(Pre-Indictment Fast-Track Program)** |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Douglas Keehn, Assistant United States Attorney, and defendant HUGO ALBERTO MADRIGAL-GUTIERREZ, by and through and with the advice and consent of defense counsel, Hanni M. Fakhoury, Federal Defenders of San Diego, Inc., that:

1. Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

//

WDK:psd:2/20/08

2. Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **March 20, 2008**.

4. The material witnesses Lorena Vazquez-Carrillo, Lucita Gonzalez-Romero, and Consuelo Piedra-Guzman, in this case:

   a. Are aliens with no lawful right to enter or remain in the United States;

   b. Entered or attempted to enter the United States illegally on or about February 15, 2008;

   c. Were found in a vehicle driven by defendant at the San Ysidro, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

   d. Were having others pay on their behalf an unknown amount and $2,500-$3,000 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

   e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

   a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

//

//

//

1  b. The United States may elicit hearsay testimony from arresting agents
2  regarding any statements made by the material witness(es) provided in discovery, and such testimony
3  shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest
4  of (an) unavailable witness(es); and,
5  c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),
6  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted
7  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant
8  waives the right to confront and cross-examine the material witness(es) in this case.
9  6. By signing this stipulation and joint motion, defendant certifies that defendant has
10 read it (or that it has been read to defendant in defendant's native language). Defendant certifies
11 further that defendant has discussed the terms of this stipulation and joint motion with defense
12 counsel and fully understands its meaning and effect.
13 Based on the foregoing, the parties jointly move the stipulation into evidence and for the
14 immediate release and remand of the above-named material witness(es) to the Department of
15 Homeland Security for return to their country of origin.
16 It is STIPULATED AND AGREED this date.

17                                              Respectfully submitted,
18                                              KAREN P. HEWITT
                                                United States Attorney
19
20 Dated: 3/4/08
                                                DOUGLAS KEEHN
21                                              Assistant United States Attorney
22
   Dated: 2/27/08
23                                              HANNI M. FAKHOURY
                                                Defense Counsel for MADRIGAL-GUTIERREZ
24
25 Dated: 2/27/08
                                                HUGO ALBERTO MADRIGAL-GUTIERREZ
26                                              Defendant
27
28 Stipulation of Fact and Joint Motion for Release of
   Material Witness(es) And Order Thereon in
   United States v. Hugo Alberto Madrigal-Gutierrez    3                                    08MJ0457

**ORDER**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 3/4/08

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Hugo Alberto Madrigal-Gutierrez       4                                08MJ0457