UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Hugo Alberto Madrigal-Gutierrez<br>Defendant(s) | CRIMINAL NO. 08CR 587 JM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07244298 |

On order of the United States District/Magistrate Judge,    **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Lucita Gonzalez-Romero

DATED: 3-4-08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
               DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
    by
           Deputy Clerk