UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>vs. )<br>  )<br>Hugo Alberto )<br>Madrigal-Gutierrez )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08 cr 587 JM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07244298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Consuelo Piedra-Guzman

DATED: 3-4-08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
        Deputy Clerk