| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | STEWART M. YOUNG |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 234889 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6228 /(619) 235-2757 (Fax) |
| | Email: stewart.young@usdoj.gov@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-587 JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| HUGO ALBERTO MADRIGAL-GUTIERREZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| N/A | | | |

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|------|-----|-----------|---------------|
| N/A  |     |           |               |

DATED: March 27, 2008

                Respectfully submitted,

                KAREN P. HEWITT
                United States Attorney

                s/ *Stewart M. Young*
                STEWART M. YOUNG
                Assistant United States Attorney

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>HUGO ALBERTO MADRIGAL-GUTIERREZ,<br><br>    Defendant. | Case No. 08-CR-587 JM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, STEWART M. YOUNG, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   1. Hanni M. Fakhoury, Esq.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on March 27, 2008.

       s/ *Stewart M. Young*
       STEWART M. YOUNG

Notice of Appearance
United States v. Madrigal-Gutierrez                                    08-CR-587-JM